JOHN H. PODESTA, ESQ.
Nevada Bar No. 7487
CHRISTOPHER D. PHIPPS, ESQ.
Nevada Bar No. 3788
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
John.Podesta@wilsonelser.com
Christopher.Phipps@wilsonelser.com
Attorneys for Defendant Mercury Casualty Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONDRA ELLIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCURY CASUALTY COMPANY, a foreign business entity; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01021-GMN-CWH<br><br>**STIPUALTION AND ORDER FOR REMAND TO STATE COURT** |

Plaintiff, SONDRA ELLIS, by and through her undersigned counsel of record, Steven Baker, Esq., of the law firm of Bertoldo Baker Carter & Smith, and Defendant MERCURY CASUALTY COMPANY, by and through its undersigned counsel of record, John H. Podesta, Esq., and Christopher D. Phipps, Esq., of the law firm Wilson Elser Moskowitz Edelman & Dicker, LLP, hereby stipulate and agree as follows:

WHEREAS Plaintiff was involved in a March 25, 2015, motor vehicle accident, which has led to the filing of the Complaint in the instant action;

WHEREAS Plaintiff was involved in a subsequent motor vehicle accident, for which Defendant is still in the process of adjusting Plaintiff's claim and for which no action has been filed or is pending in any court;

/ / / /

1403697v.1

1   WHEREAS the instant action had been removed to the United States District Court based
2   upon diversity jurisdiction pursuant to 28 U.S.C. section 1441(a), et seq.;

3   IT IS HEREBY STIPULATED AND AGREED THAT the Plaintiff's claims arising out of
4   the Complaint on file herein pertaining to the March 25, 2015, motor vehicle collision will not
5   exceed $75,000.00 (Seventy-Five Thousand Dollars), and that Plaintiff agrees to limit recovery to
6   that amount;

7   IT IS HEREBY FURTHER STIPULATED AND AGREED THAT the instant action be
8   remanded back to the Eighth Judicial District Court in and for Clark County, State of Nevada, for
9   all further proceedings; and

10  IT IS HEREBY FURTHER STIPULATED AND AGREED THAT in the event an action is
11  ultimately filed with respect to the subsequent motor vehicle accident, each side reserves all rights
12  and defenses relative to the subsequent motor vehicle accident, including the right to seek removal
13  and consolidation of the cases involving uninsured motorist benefits under defendant's policy for
14  the two motor vehicle accidents.

Respectfully Submitted,

DATED this 31st day of December, 2018                DATED this 31st day of December, 2018

WILSON ELSER MOSKOWITZ                               BERTOLDO BAKER CARTER & SMITH
EDELMAN & DICKER LLP

/s/   Christopher D. Phipps                          /s/ Steven Baker, Esq.
JOHN H. PODESTA, ESQ.                                STEVEN M. BAKER, ESQ.
Nevada Bar No. 7487                                  Nevada Bar No. 4522
CHRISTOPHER D. PHIPPS, ESQ.                          7408 w. Sahara Avenue
Nevada Bar No. 3788                                  Las Vegas, Nevada  89117
300 South Fourth Street, 11th Floor                  *Attorneys for Plaintiff*
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
*Attorneys for Defendant Mercury Casualty Company*

Benjamin J. Carman, Esq.
Nevada Bar No.: 13565
Ranalli Zaniel Fowler & Moran, LLC
2400 W. Horizon Ridge Pkwy.
Henderson, NV 89052
*Attorneys for Defendant Mercury Casualty Company*

-2-

1403697v.1

## ORDER

The Court having consider the Stipulation of the parties and for good cause there appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the Plaintiff's claims arising out of the Complaint on file herein pertaining to the March 25, 2015, motor vehicle collision may not exceed $75,000.00 (Seventy-Five Thousand Dollars);

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED, that the instant action is matter be remanded to the Eighth Judicial District Court in and for Clark County, State of Nevada, for all further proceedings; and

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that should an action be filed by Plaintiff related to the subsequent motor vehicle accident, both parties have reserved all rights and defenses relative to the subsequent motor vehicle accident, including the right to seek removal and consolidation of the cases involving the two motor vehicle accidents

DATED this __2__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

-3-

1403697v.1